## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

ROOM 1210, U.S. COURTHOUSE
OKLAHOMA CITY, OKLAHOMA   73102

Date:   April 17, 2026

PARDEEP KUMAR,                                    )
                                                 )
                    Petitioner,                  )
                                                 )
-vs-                                             )        Case No. CIV-26-415-SLP
                                                 )
JOSHUA JOHNSON, Field Office Director            )
of Enforcement and Removal Operations,           )
Dallas Field Office, Immigration and             )
Customs Enforcement, et al.,                     )
                                                 )
                    Respondents.                 )

ENTER ORDER:

Given the nature of these proceedings, the Court shortens the deadline to file any optional response to an objection to the Report and Recommendation [Doc. No. 9] to three (3) business days after the objection is filed.   *See* Fed. R. Civ. P. 72(b)(2).

By direction of Judge Scott L. Palk, we have entered the above enter order.

Joan Kane, Clerk of Court

By:＿＿＿＿＿＿s/ Lori Gray＿＿＿＿＿＿
                    Deputy Clerk